O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MATTER OF ANDREW KWASI DONKOR,<br><br>　　　　　Plaintiff,<br>vs.<br><br>THE UNITED STATES OF AMERICA; SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE; CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; USINS DETENTION AND REMOVAL; THE DEPARTMENT OF HOMELAND SECURITY; and RIVERSIDE COMMUNITY COLLEGE DISTRICT,<br><br>　　　　　Defendants. | Case No. EDCV 11-1550-GW (DTB)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered dismissing this action without prejudice for failure to prosecute.

Dated: April 22, 2012

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE