JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MATTER OF ANDREW KWASI DONKOR,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA; SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE; CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; USINS DETENTION AND REMOVAL; THE DEPARTMENT OF HOMELAND SECURITY; and RIVERSIDE COMMUNITY COLLEGE DISTRICT,<br><br>　　　　　Defendants. | Case No. EDCV 11-1550-GW (DTB)<br><br>**J U D G M E N T** |

　　　Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　　IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: April 22, 2012

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE

1